# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EZEQUIEL RODRIGUEZ GONZALEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | NO. CIV-26-0131-HE |
| ) | |
| KRISTI NOEM, Secretary, U.S. ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT

In accordance with the order entered this date, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 24th day of February, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE